## **EXHIBITS**

| | |
|---|---|
| IN RE: Brittany Correa-Riley | CASE NO.: 17-30853 |
| DEBTOR | ADV NO.: |
| MOVANT/PLAINTIFF | RE: ECF NO. 7 |
| V. | |
| RESPONDENT/DEFENDANT | Hearing Date: July 19, 2017 |

EXHIBITS SUBMITTED BY: Brittany Correa-Riley

ATTORNEY: Joseph D'Agostino

ADDRESS:  1062 Barnes Road
Suite 304
Wallingford, CT  06492

| EXHIBIT | FULL/ID ONLY | DESCRIPTION |
|---|---|---|
| A | Full | Driver's License of Brittany Correa-Riley |
| | | |
| | | |
| | | |
| | | |